# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ELIZABETH T. MCGUIGAN  
1371 CUNTA CT., UNIT 1A  SSN-xxx-xx-7664  
LAKE IN THE HILLS, IL  60156

Case Number: 07-72618

Case filed on: 10/29/2007  
Plan Confirmed on: 3/14/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,770.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF JOHN J. LYNCH, P.C. | 3,809.00 | 3,809.00 | 1,108.66 | 0.00 |
|  | Total Legal | 3,809.00 | 3,809.00 | 1,108.66 | 0.00 |
| 041 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ELIZABETH T. MCGUIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 8,236.19 | 8,236.19 | 0.00 | 0.00 |
| 002 | SANTANDER CONSUMER USA | 4,365.22 | 4,365.22 | 625.66 | 0.00 |
| 003 | OAKS AT PRAIRIE POINT CONDO ASSOC | 1,883.71 | 1,500.00 | 157.76 | 0.00 |
| 043 | MCHENRY COUNTY TAX COLLECTOR | 6,254.00 | 6,254.00 | 657.70 | 0.00 |
|  | Total Secured | 20,739.12 | 20,355.41 | 1,441.12 | 0.00 |
| 002 | SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | OAKS AT PRAIRIE POINT CONDO ASSOC | 0.00 | 111.28 | 0.00 | 0.00 |
| 004 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 1,519.59 | 440.68 | 0.00 | 0.00 |
| 008 | CALIFORNIA BUSINESS BU | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECK RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CMRE FINANCIAL SVCS INC | 1,929.32 | 559.50 | 0.00 | 0.00 |
| 011 | CMRE FINANCIAL SVCS IN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CMRE FINANCIAL SVCS IN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDMGMTCNTL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FINANCIAL CREDIT NET | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FST PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 266.86 | 77.39 | 0.00 | 0.00 |
| 024 | I.C. SYSTEM INC/o/b/o CARLSBAD PHYSICAL | 281.61 | 81.67 | 0.00 | 0.00 |
| 025 | MADDOCKS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MIDLAND CREDIT MANAGEMENT INC | 381.76 | 110.71 | 0.00 | 0.00 |
| 027 | MONEY CONTRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NATIONAL CREDIT ADJUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NATIONAL CREDIT SYSTEMS INC | 457.08 | 132.55 | 0.00 | 0.00 |
| 032 | NCO FIN / 27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NCO FIN / 99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NCO GROUP FIN SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NCO GROUP FIN SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PENNCRO ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | PORTFOLIO ACQUISITIONS LLC | 1,032.32 | 299.37 | 0.00 | 0.00 |
| 038 | PROGRESSIVE MGMT SYST | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | THE CREDIT BUREAU | 514.50 | 149.21 | 0.00 | 0.00 |
| 040 | VAN RU CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROUNDUP FUNDING LLC | 501.00 | 145.29 | 0.00 | 0.00 |
| 044 | NIMC | 645.76 | 187.27 | 0.00 | 0.00 |
|  | Total Unsecured | 7,529.80 | 2,294.92 | 0.00 | 0.00 |
|  | Grand Total: | 32,077.92 | 26,459.33 | 2,549.78 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $2,549.78 |
| Trustee Allowance: | $220.22 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                               /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan